SIDNEY HANKIN, Respondent, v. UNITED DRESSED BEEF Co. and ANGELO GUADOGNO, Appellants.— Action to recover damages for personal injuries sustained by plaintiff as the result of a collision between a truck operated by him and a truck owned by the corporate defendant and operated by the individual

defendant. Judgment entered on the verdict of a jury in favor of plaintiff unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.